IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR414 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BRIAN KENNEDY, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of government's counsel,

IT IS ORDERED that Defendant Kennedy's plea and sentencing are continued before the undersigned United States district judge to Friday, June 24, 2005, at 3:00 p.m., in the Special Proceedings Courtroom, 4th Floor, Roman L. Hruska United States Courthouse, Omaha, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

DATED this 25th day of April, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge