IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03cr414 |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN P. KENNEDY SR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Clerk's Office has requested that Document Number 57 be stricken from the record for the following reason(s):

- Document filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 57 from the record.

DATED this 24th day of June, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge