IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  8:03CR414 |
| ) | |
| BRIAN P. KENNEDY, SR., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Review Detention, filing 95. This Court, being fully advised in the premises, and noting that the government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released from the custody of the United States Marshal, upon notification from the Federal Public Defender's Office that a bed is available, for transportation by the Federal Defender's Office directly to Cornhusker Place. Mr. Kennedy is ordered to immediately report to the United States Probation Office upon his successful or unsuccessful discharge from Cornhusker Place.

All other conditions of Mr. Kennedy's supervised release, not inconsistent with this Order, shall remain in effect.

Dated November 17, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge